UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GEORGE WARWICK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) No. 1:12-cv-00804-TWP-MJD |
| COUNTRY CHOICE, INC., RANDALL JOHNSON, CRAIG D. WALKER, | ) ) ) ) |
| Defendants. | ) |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation [Docket No. 32 ] regarding dismissal of this action for Plaintiff's failure to prosecute this matter. No objections to the Report and Recommendation have been filed, and the time for filing such objections has expired.

The Court, having given de novo consideration to the issue presented pursuant to Title 28 U.S.C. § 636(b)(1)(B) and (C), and being duly advised in the premises, finds that the Magistrate Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein.

Accordingly, this matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: 08/15/2013

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

CRAIG D. WALKER
1447 West 58th Street
Indianapolis, IN 46228

GEORGE WARWICK
9638 Meghan Lee Drive
Indianapolis, IN 46235

RANDALL JOHNSON
4610 Hilltop Drive
Caledonig, MI 49316